**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICKEY SABEDRA a.k.a.** | : | **CIVIL ACTION** |
| **RICARDO SABEDRA** | : | |
| **v.** | : | |
| **MISS CHRISTINE MEADOWS-** | : | |
| **PAROLE AGENT, et. al.** | : | **NO. 08-cv-2480** |

**MEMORANDUM AND ORDER**

_____The instant matter, 08-cv-2480, is the ninth petition seeking the issuance of a

writ of habeas corpus filed in this court by petitioner Sabedra since 2001.  Sabedra was

convicted of aggravated robbery in a court of the state of Texas located in Dallas

County, Texas in 1985; as a result of that conviction, he was sentenced to 25 years

imprisonment by that court; Sabedra is currently incarcerated in a Texas state prison

located in Anderson County, Texas.[1]  Sabedra does not indicate in any of his nine

petitions in this court that he has had a conviction or sentence in any court of the state

of Pennsylvania, and informal inquiries by an employee of the instant court do not

indicate that he has ever been convicted or sentenced in any court of the state of

Pennsylvania; in fact, the only conviction talked about in any of these aforesaid nine

petitions occurred in Texas state court.

        Although Sabedra nowhere mentions the following information in any of his nine

petitions in the instant federal court, it appears to this court (by means of an informal

investigation by one of this court's employees) that the state of Texas paroled Sabedra

in 1995, and that Sabedra requested to be allowed to serve his parole in Pennsylvania;

--------------------------------

        [1]Dallas County is located within the territorial confines of the United States
District Court for the Northern District of Texas.  Anderson County is located within the
territorial confines of the United States District Court for the Eastern District of Texas.

1

accordingly, Texas and Pennsylvania parole officials arranged for Pennsylvania to exercise "courtesy supervision" over Sabedra.[2]  Shortly after arriving in Pennsylvania, Sabedra committed some type of infraction and was returned to Texas to serve the remainder of his 1985 sentence.  As they attack the imposition and/or the execution of his Dallas County, Texas conviction and/or sentence, we are of the view that all nine of these habeas corpus petitions belong in the United States District Court for the Northern District of Texas.[3]

On June 11, 2008, the instant federal court became aware for the first time of an Order regarding Mr. Sabedra entered by the United States District Court for the Northern District of Texas on May 31, 2006 in that court's Civil Action Number 05-cv-1304-L.  This Order states, in pertinent part, that "petitioner is **HENCEFORTH PROHIBITED** from filing any civil action, including a habeas action, in federal court unless he has obtained leave of court... For purposes of this sanction, "filing" includes civil actions received via transfer or removal...Petitioner is admonished that he should consider the above sanctions applicable to civil actions sought to be filed in any federal court..."[4]

---

[2]In this context, "courtesy supervision" means that Pennsylvania assumed supervision over Sabedra as 'a favor' to the state of Texas.

[3]We note that six of the aforesaid eight previous habeas corpus petitions in the Eastern District of Pennsylvania were transferred to the United States District Court for the Northern District of Texas; the other two previous habeas corpus petitions in the Eastern District of Pennsylvania were dismissed for lack of venue.

[4]A copy of the aforesaid Order of May 31, 2006 issued by the United States District Court for the Northern District of Texas is attached to the instant memorandum and order.

Accordingly, this _____ Day of June, 2008, it is hereby

**ORDERED** as follows.

1.  08-cv-2480 is **DISMISSED WITH PREJUDICE**.

2.  Sabedra is enjoined from filing any further civil actions of any kind in the United States District Court for the Eastern District of Pennsylvania without first obtaining leave of this court to so file through a proper motion for such leave.

3.  Sabedra is enjoined from filing any further documents of any kind in any civil action (open or closed) in the United States District Court for the Eastern District of Pennsylvania without first obtaining leave of this court to so file through a proper motion for such leave.

4.  This order is to be brought to the attention of the Honorable J. Curtis Joyner of the United States District Court for the Eastern District of Pennsylvania, to whose calendar recent civil actions filed by Sabedra (unrelated to habeas corpus law) have been (or are) assigned.

5.  This Order is to be forwarded by the Clerk of the United States District Court for the Eastern District of Pennsylvania to the Honorable Sam A. Lindsay of the United States District Court for the Northern District of Texas.

6.  Sabedra's failure in the future to comply with this Order shall result in the imposition of sanctions against him.

7.  The Clerk of the United States District Court for the Eastern District of Pennsylvania shall mark this matter as **CLOSED** in this court.

**S/ ROBERT F. KELLY**
**ROBERT F. KELLY, U.S. District Judge**